FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 APR -3 AM 11: 2

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MORGAN HOUSTON, )
)
    Petitioner, )
)
v. ) CASE NO. CV412-194
)
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed.[1] (Doc. 9.) After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, the 28 U.S.C. § 2255 Petition is **DENIED**.[2] The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 3RD day of April 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] It appears that in lieu of filing objections to the report and recommendation, Petitioner simply appealed the report and recommendation itself. (Doc. 12.)

[2] Petitioner has filed a motion for leave to proceed in forma pauperis. (Doc. 3.) However, no filing fee is collected for a § 2255 motion. See United States v. Muhammad, 2010 WL 2465524, at *1 n.1 (S.D. Ala. June 15, 2010). As a result, his request is **DISMISSED AS MOOT**. Petitioner's Motion for Extension of Time to File Reply (Doc. 6) is also **DISMISSED AS MOOT**.