IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. CR409-058 |
| ) | |
| MORGAN HOUSTON, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 112), to which objections have been filed (Doc. 113). After careful consideration and review of the record, the Court concludes that Defendant's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Defendant's Motion for Relief from Judgment (Doc. 106), Motion to Appoint Counsel (Doc. 109), and Motion to Reduce Sentence (Doc. 110), which the Court construes as successive motions for relief pursuant to 28 U.S.C. § 2255, are **DISMISSED**. In addition, Defendant is not entitled to a Certificate of Appealability, rendering moot any request to proceed in forma pauperis on appeal.

SO ORDERED this 27th day of April 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA