IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO. CR409-058 |
| ) | |
| MORGAN HOUSTON, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Before the Court is Defendant Morgan Houston's Motion for Reconsideration. (Doc. 117.) In his motion, Defendant requests that the Court reconsider its adoption of the Magistrate Judge's Report and Recommendation. (Doc. 116.) In this Court's adoption order, the Court construed Defendant's Motion for Relief from Judgment (Doc. 106), Motion to Appoint Counsel (Doc. 109), and Motion to Reduce Sentence (Doc. 110) as a successive petition pursuant to 28 U.S.C. § 2255. (Doc. 116.) Subsequently, the Court dismissed Defendant's motions because Defendant did not obtain authorization from the Eleventh Circuit to file a successive § 2255 petition. (Id.) In his motion for reconsideration, Defendant argues that his motions were not a successive § 2255 petition, but, instead, a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) as amended by the First Step Act. (Doc. 117.) After careful consideration of the record in this case, the Court sees no reason to overturn its prior

ruling. Accordingly, Defendant's motion for reconsideration (Doc. 117) is **DENIED**.

SO ORDERED this 27th day of May 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA